# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 04-2166

———————

Joseph E. Manley,

      Appellant,

v.

Eric Robinson; Wayne Dawson,

      Appellees.

\*
\*
\*
\*
\*    Appeal from the United States
\*    District Court for the
\*    Southern District of Iowa.
\*
\*        [UNPUBLISHED]
\*

———————

Submitted: February 1, 2005
Filed: February 3, 2005

———————

Before MELLOY, McMILLIAN, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

     Joseph E. Manley appeals the district court's[1] order granting defendants summary judgment and dismissing his civil action. After carefully reviewing the record, we conclude that the judgment was proper because defendants had reasonable suspicion to stop Manley and thereafter had probable cause to arrest him, and the

---

[1]The Honorable Ross A. Walters, Chief United States Magistrate Judge for the Southern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

ordinance, as applied to Manley, was not unconstitutional nor is his facial challenge valid.  Thus, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

_____